PAYTON V NAVISTAR INTERNATIONAL TRANSPORTATION CORPORATION, No. 90633; Court of Appeals No. 112885.

PEOPLE V PENNINGTON, No. 90634; Court of Appeals No. 109681.

PEOPLE V LOVE, No. 90635; Court of Appeals No. 132223.

DUNCAN V HUTZEL HOSPITAL, No. 90637; Court of Appeals No. 99109.

CREATIVE INDUSTRIES GROUP, INC V DEPARTMENT OF TREASURY, No. 90683; reported below: 187 Mich App 270.

SCHROEDER V SUNSHINE FOOD STORES, INC, No. 90684; Court of Appeals No. 120860.

MINOR V HOFMAN, No. 90686; Court of Appeals No. 131811.

CARTER V DOWNRIVER SCHWINN CYCLERY, Nos. 90690, 90691; Court of Appeals Nos. 112444, 122205.

COLEMAN V LANSING SCHOOL DISTRICT, No. 90693; Court of Appeals No. 131655.

WATSON V EMPLOYMENT SECURITY COMMISSION, No. 90701; Court of Appeals No. 131422.

PEOPLE V SCHWANDER, No. 90706; Court of Appeals No. 118936.

O'NEAL V GENERAL MOTORS CORPORATION, No. 90707; Court of Appeals No. 131131.

SEABOLT V GENERAL MOTORS CORPORATION, No. 90709; Court of Appeals No. 130134.

PEOPLE V CARTER, No. 90725; Court of Appeals No. 122369.

BRITTON ESTATE V HEATH, No. 90729; Court of Appeals No. 114939.

PEOPLE V CRAWFORD, No. 90739; Court of Appeals No. 112158. Reconsideration denied October 28, 1991.

CITY OF SAGINAW V GATSON, No. 90747; Court of Appeals No. 130591.

HARRISON V HARPER-GRACE HOSPITAL, No. 90756; Court of Appeals No. 132255.

HERBERT GREEN V GENERAL MOTORS CORPORATION, No. 90765; Court of Appeals No. 133222.

ELLIS V PEPSI-COLA BOTTLING COMPANY, No. 90766; Court of Appeals No. 132268.

PEOPLE V RAMBO, No. 90775; Court of Appeals No. 114518.

MARKO V LAZY J RIDING STABLE, INC, No. 90778; Court of Appeals No. 117567.